## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In re 23ANDME, INC.         MDL No.  1:23-P-47

### Proof of Service

I hereby certify that a copy of the foregoing Motion for Transfer and Consolidation of the 23andMe, Inc. Litigation pursuant to 28 U.S.C. § 1407, Brief in Support, Schedule of Actions, and this Certificate of Service was served by Email and First Class Mail on December 21, 2023, to the following:

Clerk, Northern District California
San Francisco, CA

Clerk, Northern District California
San Jose, CA

Clerk, Central District of California
Santa Ana, CA

Clerk, Northern District of Illinois
Chicago, IL

| *Santana, et al. v. 23andMe, Inc.*<br>(Case No. 3:23-cv-05147-EMC)<br>**Northern District of California**<br><br>Scott Edelsberg<br>EDELSBERG LAW, P.A.<br>*scott@edelsberglaw.com*<br>1925 Century Park E #1700<br>Los Angeles, CA 90067<br>Telephone: 305-975-3320<br><br>Andrew J. Shamis<br>SHAMIS & GENTILE, P.A.<br>14 NE 1st Avenue, Suite 400<br>Miami, FL 33132<br>Telephone: 305-479-2299<br>*ashamis@shamisgentile.com*<br><br>**Attorneys for Plaintiffs Santana and Kleynburd** | *Lamons v. 23andMe, Inc.*<br>(Case No. 5:23-cv- 05178- EMC)<br>**Northern District of California**<br><br>Michael R. Reese<br>*mreese@reesellp.com*<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br>*ggrandade@reesellp.com*<br><br>Charles D. Moore REESE LLP<br>*cmoore@reesellp.com*<br>100 South 5th Street, Suite 1900<br>Minneapolis, Minnesota 55402 |

| | |
|---|---|
| | Telephone: (212) 643-0500<br><br>Kevin Laukaitis LAU-<br>KAITIS LAW LLC<br>*klaukaitis@laukaitis.com*<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, Puerto Rico 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Lamons** |
| ***Eden et al v. 23andMe, Inc.***<br>(Case No. 4:23- cv-05200-HSG)<br>**Northern District of California**<br><br>Melissa Emert<br>Gary S. Graifman<br>KANTROWITZ, GOLDHAMER &<br>GRAIFMAN, P.C.<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645<br>*memert@kgglaw.com*<br>*ggraifman@kgglaw.com*<br>Telephone: (845) 356-2570<br>Facsimile: (845) 356-4335<br><br>David S. Casey<br>*dcasey@cglaw.com*<br>Gayle M. Blatt<br>*gmb@cglaw.com*<br>P. Camille Guerra<br>*camille@cglaw.com*<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (619) 544-9232<br>CASEY GERRY SCHENK FRANCAVILLA<br>BLATT & PENFIELD, LLP<br><br>**Attorneys for Plaintiffs Eden, Pinho,<br>Seawright, and Zager-Maya** | ***J.S. et al v. 23andMe, Inc., et al.***<br>(Case No. 5:23-cv-05234- EMC)<br>**Northern District of California**<br><br>Sharon J. Zinns<br>ZINNS LAW, LLC<br>4243 Dunwoody Club Drive<br>Suite 104<br>Atlanta, Georgia 30350<br>(404) 882-9002<br>*sharon@zinnslaw.com*<br><br>Maureen M. Brady<br>Lucy McShane<br>McSHANE & BRADY, LLC<br>1656 Washington Street, Suite 120<br>Kansas City, MO 64108<br>Telephone: (816) 888-8010<br>Facsimile: (816) 332-6295<br>*mbrady@mcshanebradylaw.com*<br>*lmcshane@mcshanebradylaw.com*<br><br><br>**Attorneys for Plaintiffs J.S., J.T., and A.L.** |
| ***Mirza v. 23andMe, Inc.***<br>(Case No. 3:23-cv- 05259- EMC)<br>**Northern District of California** | ***Navarro v. 23andMe, Inc.***<br>(Case No. 4:23-cv- 05281-EMC)<br>**Northern District of California** |

| | |
|---|---|
| Seyed Abbas Kazerounian<br>Mona Amini<br>KAZEROUNI LAW GROUP, APC<br>*ak@kazlg.com*<br>*mona@kazlg.com*<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>Telephone:  (800) 400-6808<br>Facsimile:  (800) 520-5523<br><br>**Attorneys for Plaintiff Haris Mirza** | Scott Edward Cole<br>Laura Grace Van<br>Note<br>COLE & VAN<br>NOTE<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 891-9800<br>Facsimile: (510) 891-7030<br>*sec@colevannote.com*<br>*lvn@colevannote.com*<br><br>**Attorneys for Plaintiffs Navarro<br>and Blackwell** |
| ***Greenberg v. 23andMe, Inc.***<br>(Case No. 5:23- cv-05302- EMC)<br>**Northern District of California**<br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, PLLC<br>402 W Broadway, Suite 1760<br>San Diego, CA 92101<br>Tel.: (858) 209-6941<br>*jnelson@milberg.com*<br><br>Jeff Ostrow<br>KOPELOWITZ OSTROW FERGUSON<br>WEISELBERG GILBERT<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-525-4100<br>*ostrow@kolawyers.com*<br><br>**Attorneys for Plaintiff Greenberg** | ***Friend v. 23andMe, Inc.***<br>(Case No. 4:23-cv- 05323-EMC)<br>**Northern District of California**<br><br>Kaveh S. Elihu<br>Saima Ali Gipson<br>1001 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone: (213) 382-2222<br>Facsimile: (213) 382-<br>2230<br>EMPLOYEE JUSTICE LEGAL GROUP, PC<br>*kelihu@ejlglaw.com*<br>*sali@ejlglaw.com*<br><br>**Attorneys for Plaintiffs Friend, Parra, and<br>Rajamin** |
| ***Hoffman et al v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05332-EMC)<br>**Northern District of California**<br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, PLLC<br>402 W. Broadway, Suite 1760 | ***Farmer v. 23andMe, Inc.***<br>(Case No. 5:23-cv- 05341-EMC)<br>**Northern District of California**<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>CLAYEO C. ARNOLD |

San Diego, California 9
Tel.: (858) 209-6941
*jnelson@milberg.com*

Marc E. Dann Brian D. Flick DANNLAW
notices@dannlaw.com

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
*tom@attorneyzim.com*

**Attorneys for Plaintiffs Hoffman and Klawaitter**

---

865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
*aberry@justice4you.com gharoutunian@justice4you.com bjack@justice4you.com*

Benjamin H. Kleine
KLEINE PC
95 Third Street, 2nd
Floor, #9048
San Francisco, CA 94103
Telephone: 415-465-5655
*ben@kleinepc.com*

**Attorneys for Plaintiff Farmer**

---

***Berman et al v. 23andMe, Inc.***
(Case No. 4:23-cv-05345-EMC)
**Northern District of California**

Ross M. Good
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 889-6625
*ross@loftusandeisenberg.com*

William Aron ARON LAW FIRM
15 W Carrillo St, Suite 217
Santa Barbara, CA
93101
T: (805) 618-1768
*bill@aronlawfirm.com*

**Attorneys for Plaintiffs Berman, Hawkins, Jones, Leifer, and Canfield Loftus**

---

***Tulchinsky v. 23andMe, Inc.***
(Case No. 5:23- cv-05369-EMC)
**Northern District of California**

Michael R. Reese
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

George V. Granade
*ggrandade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

Charles D. Moore
*cmoore@reesellp.com*
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (212) 643-0500

REESE LLP

Courtney L. Weiner
*cw@courtneyweinerlaw.com*
*1629 K St. NW, Suite 300*
*Washington, DC 20006*
*Telephone: (202) 827-9980*

| | LAW OFFICE OF COURTNEY WEINER PLLC<br><br>**Attorneys for Plaintiff Tulchinsky** |
|---|---|
| ***Seikel v. 23andMe, Inc.***<br>(Case No. 5:23-cv- 05419-EMC)<br>**Northern District of California**<br><br>Ben F. Pierce Gore<br>PIERCE GORE LAW FIRM, PC<br>315 Montgomery Street<br>10th Floor<br>San Francisco, CA 94104<br>(408) 806-4600<br>*piercegore@gmail.com*<br><br>Charles J. LaDuca Brendan Thompson<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue NW Suite 200<br>Washington, DC 20016 (202) 789-3960<br>*charles@cuneolaw.com brendan@cuneo-law.com*<br><br>Charles Barrett<br>Daniella Bhadare-Valente Morgan L. Burkett<br>NEAL & HARWELL, PLC<br>1201 Demonbreun St.<br>Suite 1000<br>Nashville, TN 37203<br>(615) 244-1713<br>*cbarrett@nealharwell.com dbhadare-valente@nealharwell.com mburkett@nealhar-well.com*<br><br>**Attorneys for Plaintiff Seikel** | ***Fralix v. 23andMe, Inc.***<br>(Case No. 5:23-cv- 05439-EMC)<br>**Northern District of California**<br><br>Eric M. Poulin<br>*eric.poulin@poulinwilley.com*<br>Blake G. Abbott<br>*blake.abbott@poulinwilley.com*<br>Paul J. Doolittle<br>*paul.doolittle@poulinwilley.com*<br>32 Ann Street<br>Charleston, SC 29403<br>Telephone: (803) 222-2222<br>Fax: (843) 494-5536<br>POULIN WILLEY ANASTOPOULO, LLC<br><br>John Christian<br>*yanni@bohrenlaw.com*<br>8560 West Sunset Boulevard, 4th Floor<br>West Hollywood, CA 90069<br>Tel: 619-433-2803<br>Fax: 800-867-6779<br>Bohren BOHREN LAW, APC<br><br>**Attorneys for Plaintiff Fralix** |
| ***Velez v. 23andMe, Inc.***<br>(Case No. 3:23-cv- 05464-EMC)<br>**Northern District of California**<br><br>Karen Hanson Riebel Kate Baxter-Kauf Maureen Kane Berg<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Square, Suite 2200<br>Minneapolis, Minnesota 55401 | ***Smith v. 23andMe, Inc.***<br>(Case No. 5:23-cv- 05548- EMC)<br>**Northern District of California**<br><br>Nicholas A. Migliaccio<br>412 H Street NE, no. 302,<br>Washington, DC, 20002<br>Office: (202) 470-3520<br>*nmigliaccio@classlawdc.com* |

Telephone: 612-339-6900
Facsimile: 612-339-0981
*khriebel@locklaw.com kmbaxter-*
*kauf@locklaw.com mkberg@locklaw.com*

Gayle M. Blatt
P. Camille Guerra
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101
Telephone: 619-238-1811
Facsimile: 619-544-9232
*gmb@cglaw.com camille@cglaw.com*

Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburg, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
*gary@lcllp.com*

**Attorneys for Plaintiff Velez**

Jason S. Rathod
*jrathod@classlawdc.com*

Matthew Smith
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (831) 687-8255
MIGLIACCIO & RATHOD LLP
*msmith@classlawdc.com*

**Attorneys for Plaintiff Laquisha Smith**

---

***Alperstein et al v. 23andMe, Inc.***
(Case No. 4:23-cv-05541-EMC)
**Northern District of California**

CLARKSON LAW FIRM, P.C.
Ryan J. Clarkson
*rclarkson@clarksonlawfirm.com*
Yana Hart
*yhart@clarksonlawfirm.com*
Tiara Avaness
*tavaness@clarksonlawfirm.com*
Valter Malkhasyan
*vmalkhasyan@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**Attorneys for Plaintiffs Alperstein and Shoaee**

***Furia v. 23andMe, Inc.***
(Case No. 4:23-cv- 05565-EMC)
**Northern District of California**

Matthew Smith
MIGLIACCIO & RATHOD LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (831) 687-8255
*msmith@classlawdc.com*

Daniel E. Gustafson David A. Goodwin Matt Jacobs
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
*dgustafson@gustafsongluek.com dgood-win@gustafsongluek.com mjacos@gustafson-gluek.com*

**Attorneys for Plaintiff Furia**

| | |
|---|---|
| ***Schutz v. 23andMe Inc.*** | ***Vickery v. 23andMe, Inc.*** |
| (Case No. 3:23-cv-05579) | (Case No. 3:23-cv- 05635-EMC) |
| **Northern District of California** | **Northern District of California** |
| | |
| KAPLAN FOX & KILSHEIMER LLP | Rachele R. Byrd |
| Laurence D. King | WOLF HALDENSTEIN ADLER FREEMAN |
| Matthew B. George | & HERZ LLP |
| Blair E. Reed | 750 B Street, Suite 1820 |
| 1999 Harrison Street, Suite 1560 | San Diego, CA 92101 |
| Oakland, CA 94612 | Telephone: (619) 239-4599 |
| Telephone: 415-772-4700 | Facsimile: (619) 234-4599 |
| Facsimile: 415-772-4707 | *byrd@whafh.com* |
| Email: lking@kaplanfox.com | |
| mgeorge@kaplanfox.com | Jon Tostrud |
| breed@kaplanfox.com | TOSTRUD LAW GROUP, PC |
| | 1925 Century Park East, Suite 2100 |
| BARNOW AND ASSOCIATES, P.C. | Los Angeles, CA 90067 |
| Ben Barnow* | Telephone: 310/278-2600 |
| Anthony L. Parkhill* | Facsimile: 310/278-2640 |
| 205 West Randolph Street, Suite 1630 | *jtostrud@tostrudlaw.com* |
| Chicago, IL 60606 | |
| Telephone: 312-621-2000 | Erik H. Langeland |
| Facsimile: 312-641-5504 | ERIK H. LANGELAND, P.C. |
| Email: b.barnow@barnowlaw.com | 733 Third Avenue, 16th Floor |
| aparkhill@barnowlaw.com | New York, NY. 10017 |
| | Telephone: (212) 354-6270 |
| | *elangeland@langelandlaw.com* |
| **Attorneys for Plaintiff Schutz and the** | |
| **Proposed Class** | **Attorneys for Plaintiff Vickery** |
| ***Sorensen v. 23andMe, Inc.*** | ***Doe v. 23andMe, Inc.*** |
| (Case No. 5:23-cv-05677-EMC) | (Case No. 3:23-cv-05717-EMC) |
| **Northern District of California** | **Northern District of California** |
| | |
| M. Anderson Berry | ROBBINS GELLER RUDMAN |
| Gregory Haroutunian | & DOWD LLP |
| Brandon P. Jack | DOROTHY P. ANTULLIS* |
| CLAYEO C. ARNOLD | STUART A. DAVIDSON* |
| 865 Howe Avenue | LINDSEY H. TAYLOR* |
| Sacramento, CA 95825 | NICOLLE B. BRITO |
| Telephone: (916) 239-4778 | ALEXANDER C. COHEN* |
| Facsimile: (916) 924-1829 | NICOLLE B. BRITO |
| *aberry@justice4you.com gharoutunian@jus-* | 225 NE Mizner Boulevard, Suite 720 |
| *tice4you.com bjack@justice4you.com* | Boca Raton, FL 33432 |
| | Telephone: 561/750-3000 |
| William B. Federman | 561/750-3364 (fax) |
| FEDERMAN & SHERWOOD | |

| | |
|---|---|
| 10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>-and-<br>212 W. Spring Valley Road<br>Richardson, Texas 75081<br>Telephone: (405) 235-1560<br>Facsimile: (405) 239-2112<br>*wbf@federmanlaw.com*<br><br>**Attorneys for Plaintiff Sorensen** | THE GRANT LAW FIRM, PLLC<br>LYNDA J. GRANT*<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>Telephone: 212/292-4441<br>212/292-4442 (fax)<br><br>LONGMAN LAW, P.C.<br>HOWARD T. LONGMAN*<br>354 Eisenhower Parkway, Suite 1800<br>Livingston, NJ 07039<br>Telephone: 973/994-2315<br>973/994-2319 (fax)<br><br>**Attorneys for John Doe** |
| ***Briana Dube v. 23andMe, Inc.***<br>(Case No. 5:23-cv-05768-EMC)<br>**Northern District of California**<br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, LLC<br>402 W. Broadway, Suite 1760<br>San Diego, CA 92101<br>Telephone: (858) 209-6941<br>Fax: (858) 209-6941<br>Email: jnelson@milberg.com<br><br>Jason P. Sultzer, Esq. **<br>270 Madison Avenue, Suite 1800<br>New York, NY 10016<br>Tel: (845) 483-7100<br>Fax: (888) 749-7747<br>sultzerj@thesultzerlawgroup.com<br><br>Charles E. Schaffer, Esq. **<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Tel: 215-592-1500<br>cschaffer@lfsblaw.com<br><br>**Attorneys for Plaintiff Dube the Proposed Class** | ***Andrizzi v. 23andMe, Inc.***<br>(Case No. 5:23-cv-05198)<br>**Northern District of California**<br><br>Daniel Srourian, Esq.<br>SROURIAN LAW FIRM, P.C.<br>3435 Wilshire Blvd., Suite 1710<br>Los Angeles, California 90010<br>Telephone: (213) 474-3800<br>Facsimile: (213) 471-4160<br>Email: daniel@slfla.com<br><br>**Attorneys for Plaintiff Andrizzi** |
| ***Brandon Molina v. 23andMe, Inc.***<br>(Case No. 5:23-cv-05779-EMC) | ***Tracy Scott v. 23andMe Holding Co.,***<br>***23andMe, Inc.*** |

| | |
|---|---|
| **Northern District of California**<br><br>Daniel E. Barenbaum<br>Christina M. Sarraf<br>425 California Street, Suite 2300<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>Email: dbarenbaum@bermantabacco.com<br>csarraf@bermantabacco.com<br>Patrick T. Egan<br>Steven J. Buttacavoli<br>BERMAN TABACCO<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300<br>Facsimile: (617) 542-1194<br>Email: pegan@bermantabacco.com<br>sbuttacavoli@bermantabacco.com<br><br>**Attorneys for Plaintiff Molina** | (Case No. 3:23cv5980)<br>**Northern District of California**<br><br>LEXINGTON LAW GROUP<br>Mark N. Todzo<br>Patrick R. Carey<br>Meredyth L. Merrow<br>503 Divisadero Street<br>San Francisco, CA 94117<br>Telephone: (415) 913-7800<br>Facsimile: (415) 759-4112<br>mtodzo@lexlawgroup.com<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169-1820<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br><br>**Attorneys for Plaintiff Scott** |
| ***Ioffe v. 23andMe, Inc.***<br>(Case No. 5:23-cv-06205)<br>**Northern District of California**<br><br>SCHUBERT JONCKHEER & KOLBE LLP<br>ROBERT C. SCHUBERT (rschubert@sjk.law)<br>AMBER L. SCHUBERT (aschubert@sjk.law)<br>2001 Union St, Ste 200<br>San Francisco, CA 94123<br>Tel: (415) 788-4220<br>Fax: (415) 788-0161<br><br>**Attorneys for Plaintiff Ioffe** | ***Rivers v. 23andMe Holding Co., 23andMe, Inc.***<br>(Case No. 3:23-cv-06481)<br>**Northern District of California**<br><br>AZRA MEHDI (SBN 220406)<br>azram@themehdifirm.com<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor No. 9122<br>San Francisco, CA 94103<br>Ph/Fax: (415) 905-8880<br>John C. Herman<br>jherman@hermanjones.com<br>Candace N. Smith<br>csmith@hermanjones.com<br><br>HERMAN JONES LLP<br>3424 Peachtree Road N.E., Suite 1650<br>Atlanta, Georgia 30326 |

| | |
|---|---|
| | Telephone: (404) 504-6500<br>Facsimile: (404) 504-6501<br><br>**Attorneys for Plaintiffs Rivers and the Proposed Class** |
| ***Melissa Ryan v. 23andMe Inc.***<br>(Case No. 3:23-cv-5968)<br>**Northern District of California**<br><br>GLANCY PRONGAY & MURRAY LLP<br>Marc L. Godino<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 432-1495<br>Email: mgodino@glancylaw.com<br><br>Brian P. Murray<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>Tel: (212) 682-5340<br>Fax: (212)-884-0988<br>bmurray@glancylaw.com<br><br>LAW OFFICE OF PAUL C. WHALEN, P.C.<br>Paul C. Whalen<br>768 Plandome Road<br>Manhasset, NY 11030<br>Tel.: (516) 426-6870<br>paul@paulwhalen.com<br><br>**Attorneys for Plaintiff Ryan and the Proposed Class** | ***Dhaman Gill v. 23andMe, Inc.***<br>(Case No. 8:23-cv-02387-FWS-DFM)<br>**Central District of California**<br><br>Michael R. Reese<br>mreese@reesellp.com<br>REESE LLP<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>ggranade@reesellp.com<br>REESE LLP<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br><br>Kevin Laukaitis<br>klaukaitis@laukaitislaw.com<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Dhaman Gill** |
| ***Bacus v. 23andMe, Inc.***<br>(Case No. 1:23-cv-16828)<br>***Northern District of Illinois***<br><br>Andrea Gold<br>Hassan A. Zavareei<br>hzavareei@tzlegal.com<br>Glenn E. Chappell<br>gchappell@tzlegal.com<br>David W. Lawler<br>dlawler@tzlegal.com | |

| | |
|---|---|
| Leora N. Friedman<br>lfriedman@tzlegal.com<br>TYCKO & ZAVAREEI LLP<br>2000 Pennsylvania Avenue NW<br>Suite 1010<br>Washington, D.C. 20006<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br><br>**Attorneys for Plaintiff Michele Bacus** | |

DATED:  December 21, 2023                    GREENBERG TRAURIG, LLP


By:     _/s/ Ian C. Ballon_____
          Ian C. Ballon
          GREENBERG TRAURIG, LLP
          Ballon@gtlaw.com
          1900 University Avenue, 5th Floor
          East Palo Alto, California 94303
          Tel: 650-289-7881; Fax: 650-462-7881
          Attorneys for Defendant, 23andMe, Inc., 23andMe
          Pharmacy Holdings, Inc., 23andMe Holding Co.