**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3098 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on January 4, 2024, I caused the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on January 4, 2024, I caused the foregoing NOTICE OF APPEARANCE to be served on the following counsel of record in *Doe v. 23andMe, Inc.*, No. 3:23-cv-05717-RFL (N.D. Cal.).

*Via Email*

Adam M. Korn
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Adam.Korn@gtlaw.com

*Counsel for Defendant 23andMe, Inc.*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  January 4, 2024                    ROBBINS GELLER RUDMAN
                                                                  & DOWD LLP

                                                                  *s/ Dorothy P. Antullis*
                                                                  DOROTHY P. ANTULLIS

225 NE Mizner Blvd., Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
dantullis@rgrdlaw.com

*Counsel for Plaintiff John Doe*
Case No. 3:23-cv-05717-RFL (N.D. Cal.)