BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3098 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on January 9, 2024, I caused the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on January 9, 2024, I caused the foregoing NOTICE OF APPEARANCE to be served on the following counsel of record in *Berman v. 23andMe, Inc.* (3:23-cv-05345) (N.D. Cal.).

*Via Email*

**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650-328-8500

Rebekah S. Guyon (SBN 291037)
GuyonR@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
ocarrollk@gtlaw.com
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Counsel for Defendant 23andMe, Inc.*

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

DATED:  January 9, 2024  LOFTUS & EISENBERG, LTD.

                                                                              */s/ Ross M. Good*

                                                                       Ross M. Good, Esq.
                                                                       LOFTUS & EISENBERG, LTD.
                                                                       161 N. Clark, Suite 1600
                                                                       Chicago, Illinois 60601
                                                                       T:  (312) 889-6625
                                                                       ross@loftusandeisenberg.com