**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CONSUMER VEHICLE DRIVING DATA TRACKING LITIGATION | MDL No. 3115 |

**INTERESTED PARTY, PLAINTIFF CHICCO ROMEO'S, NON-OPPOSITION TO THE MOTION FOR TRANSFER AND CENTRALIZATION PURSUANT TO 28 U.S.C. § 1407**

Plaintiff Romeo Chicco, pursuant to 28 U.S.C. § 1407 and JPML Rule 6.1, files this motion in response to Plaintiff Jariya Thongsawang's motion to transfer and centralize all cases relating to the unlawful collection and dissemination of consumer driving data through in-vehicle telematics systems. Plaintiff Romeo Chicco is ***not opposed*** to centralization and transfer to the United States District Court for the Central District of California, before either the Honorable André Birotte, Jr., the Honorable Maame Ewusi-Mensah Frimpong, the Honorable Dolly M. Gee, the Honorable Josephine L. Staton, the Honorable Fernando M Olguin, or the Honorable Wesley L. Hsu.

Dated: April 25, 2024

Respectfully submitted,

By: */s/ Ryan L. McBride*

Ryan L. McBride
**KAZEROUNI LAW GROUP, APC**
2221 Camino del Rio S, Suite 101
San Diego, CA 92108
Tel: 800-400-6808
ryan@kazlg.com