BEFORE THE UNITED STATES JUDICIAL

PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3098 |

## PROOF OF SERVICE

I hereby certify that on January 18, 2024, I electronically filed the foregoing Response of Plaintiffs Schutz, Vogel, and Mullen in Opposition to Motion for Transfer and Consolidation and this Proof of Service with the Clerk of the JPML using the CM/ECF system, and notice was hereby disseminated to all counsel of record registered via the CM/ECF email notification system.

Dated: January 18, 2024

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

*/s/ Matthew B. George*
Matthew B. George
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *mgeorge@kaplanfox.com*

Counsel for Plaintiffs Michael Schutz, Cody Vogel, and Eileen Mullen (Case No. 3:23-cv-05579-EMC, N.D. Cal.) and Plaintiffs Claire Paddy and Neil Haven (Case No. 3:23-cv-06698-EMC, N.D. Cal.)