# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br>23ANDME, INC., Customer Data Security Breach Litigation | MDL No. <u>3098</u> |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 18, 2024, I electronically filed the foregoing Opposition to Defendants' Motion to Transfer and Consolidation using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered on the CM/ECF system.

Dated January 18, 2024

                                          Respectfully submitted,

                                          <u>*/s/ Sharon J. Zinns*</u>
                                          Sharon J. Zinns, Esq.
                                          Zinns Law, LLC
                                          4243 Dunwoody Club Dr.
                                          Suite 104
                                          Atlanta, GA 30350
                                          Phone: (404) 882-9002
                                          Email: sharon@zinnslaw.com
                                          *Attorney for Plaintiffs J.S., J.T., and A.L.*

                                          *J.S. et al v. 23andMe, Inc., et al.*
                                          (Case No. 3:23-cv-05234-EMC)
                                          Northern District of California