**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: ) | MDL Docket No. 3098 |
| ) | |
| 23andMe, Inc. Customer Data Security ) | |
| Breach Litigation ) | |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on January 18, 2024, a true and correct copy of the foregoing was served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System.

Dated: January 18, 2024

Respectfully submitted,

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue
Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com

***Counsel for Plaintiff Camie Picha***

1