**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re:<br><br>23ANDME, INC. Customer Data Security Breach Litigation | MDL No. 3098 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Interested Party Response to Motion for Transfer and Consolidation of 23andMe, Inc.'s Litigation pursuant to 23 U.S.C. § 1407 was served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System on this 19th day of January, 2024.

/s/ Katrina Carroll
Katrina Carroll
LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
P: 312-750-1265
F: 412-231-0246
katrina@lcllp.com

*Attorney for Plaintiff Alyson Hu*
*Case No. (1:23-cv-17079)*