**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIR:**<br>**Karen K. Caldwell**<br>**United States District Court**<br>**Eastern District of Kentucky** | **MEMBERS:**<br>**Nathaniel M. Gorton**<br>**United States District Court**<br>**District of Massachusetts** | **Matthew F. Kennelly**<br>**United States District Court**<br>**Northern District of Illinois** | **DIRECT REPLY TO:**<br>**Tiffaney D. Pete**<br>**Clerk of the Panel**<br>**One Columbus Circle, NE**<br>**Thurgood Marshall Federal**<br>  **Judiciary Building** |
| | **David C. Norton**<br>**United States District Court**<br>**District of South Carolina** | **Roger T. Benitez**<br>**United States District Court**<br>**Southern District of California** | **Room G-255, North Lobby**<br>**Washington, D.C. 20544-0005** |
| | **Dale A. Kimball**<br>**United States District Court**<br>**District of Utah** | **Madeline Cox Arleo**<br>**United States District Court**<br>**District of New Jersey** | **Telephone: (202) 502-2800**<br>**Fax: (202) 502-2888** |

ADVISORY

Counsel appearing for oral argument before the Panel are prohibited from bringing cell phones into the courthouse. Counsel may bring laptop computers into the courthouse.

**Please note:** If cell phones are brought to the courthouse, the Court U.S. Marshals Service assumes no responsibility for damage or loss to the item if left with security.