BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3098 |

PROOF OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF PRESENTATION OF ORAL ARGUMENT, and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on February 16, 2024 to the following**:**

**Counsel for 23andMe, Inc.:**
*Via ECF and Email:*
Ian C. Ballon
ballon@gtlaw.com

Rebekah Susanne Strawn Guyon
Guyonr@gtlaw.com

Kristen Louise O'Carroll
ocarrollk@gtlaw.com

**Defendant 23andMe, Inc:**
*Via ECF*

| | |
|---|---|
| Dated: February 16, 2024 | */s/Paul Doolittle*<br>Paul Doolittle, Esq.<br>SC Fed. Bar No. 6012<br>POULIN \| WILLEY \|<br>ANASTOPOULO, LLC<br>32 Ann Street Charleston, SC 29403<br>(T): (803) 222-2222<br>(F): (843) 494-5536<br>Email: paul.doolittle@poulinwilley.com |

1