**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITGATION | MDL NO. 3098 |

**PROOF OF SERVICE**

I hereby certify that on February 27, 2024, I electronically filed the foregoing Notice of Presentation of Oral Argument and this Proof of Service with the Clerk of the JPML using the CM/ECF system, and notice was hereby disseminated to all counsel of record registered via CM/ECF email notification system.

DATED: February 27, 2024                          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                                  By:   */s/ Carey Alexander*
                                                        Carey Alexander
                                                        Scott+Scott Attorneys at Law LLP
                                                        The Helmsley Building
                                                        230 Park Ave., 17th Floor
                                                        New York, NY 10169
                                                        Tel.: (212) 223-6444
                                                        Fax: (212) 223-6344
                                                        calexander@scott-scott.com

                                                        *Attorney for Plaintiffs Tracy Scott, Anna DaVeiga, and Emily Beale*