# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3098 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on March 4, 2024, copies of the foregoing Notice of Presentation of Oral Argument were served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System, which will send notification of such filing to all counsel of record registered as CM/ECF users.

DATED: March 4, 2024                     LOFTUS & EISENBERG, LTD.

*/s/ Ross M. Good*
Ross M. Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 889-6625
ross@loftusandeisenberg.com

*Attorneys for Plaintiffs MELANIE BERMAN, JULIA HAWKINS, LISA JONES, LYON LEIFER,* and *KATHLEEN CANFIELD LOFTUS*