BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE<br><br>23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3098 |

### INTERESTED PARTY RESPONSE

Plaintiffs in the potential tag-along action *Melvin, et al. v. 23andMe, Inc.*, No. 24-cv-0487 (N.D. Ill.) file this interested party response in advance of the upcoming March 28, 2024, hearing at which the motion to transfer is to be heard. (*See* dkt. 59.) Plaintiffs support consolidation.

Undersigned counsel has also filed a Notice of Presentation of Oral Argument. (Dkts. 76, 80.) Plaintiffs do not intend to present arguments in support of consolidation, which will be covered by other counsel. Instead, Plaintiffs' counsel has filed the Notice simply to preserve oral argument if there is a significant change in position by the Parties on or before the hearing date, which Plaintiffs will argue is good cause to be heard. *See* Panel Rule 11.1(d)(i).

Respectfully submitted,
EDELSON PC

/S/ J. ELI WADE-SCOTT
J. Eli Wade-Scott
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 242-0859
ewadescott@edelson.com

1