**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE<br><br>23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3098 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Interested Party Response was served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System on this day March 12, 2024.

          Respectfully submitted,
          EDELSON PC

          /s/J. Eli Wade-Scott
          J. Eli Wade-Scott
          350 North LaSalle Street, 14th Floor
          Chicago, Illinois 60654
          Tel: (312) 242-0859
          ewadescott@edelson.com